UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Paul Peno

    v.                         11-fp-242

David Varano, et al

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Exhibit A to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Exhibit A to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit A to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                            /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: May 13, 2011

cc: Kevin Paul Peno, pro se