UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Paul Peno

       v.                     Case No. 11-cv-242-SM

David Varano, et al.

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 8, 2012, no objection having been filed, for the reasons set forth therein. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is hereby dismissed without prejudice for lack of jurisdiction and for failure to demonstrate exhaustion.

SO ORDERED.

May 30, 2012

                                              /s/ Steven J. McAuliffe
                                              Steven J. McAuliffe
                                              United States District Judge

cc:   Kevin Paul Peno, pro se